IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02134-BNB

LAVERN B. BARRON, a.k.a. LAVONE B. BARRON,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion for an extension of time to file his reply (Doc. No. 7), filed on October 18, 2010, is GRANTED. Applicant shall have **up to and including October 25, 2010**, to file his reply.

Dated: October 21, 2010