IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02134-BNB

LAVERN B. BARRON, a.k.a. LAVONE B. BARRON,

     Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -2 2010

GREGORY C. LANGHAM
             CLERK

---

ORDER OF DISMISSAL

---

     Applicant, Lavern B. Barron, a.k.a. Lavone B. Barron, initiated this action by filing

an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On

November 10, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Barron to show

cause why the Application should not be denied as a mixed petition for failure to

exhaust state court remedies. On November 24, 2010, Mr. Barron filed a Response to

Magistrate Judge Boland's Order to Show Cause.

     The Court must construe the Response liberally because Mr. Barron is a ***pro se***

litigant. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935

F.2d 1106, 1110 (10th Cir. 1991). In the Response, Mr. Barron states that he desires to

pursue all of his claims in federal court, and he requests that the Court dismiss the

instant action without prejudice so that he may properly exhaust his state court

remedies in his unexhausted claims. Based on Mr. Barron's request, the Court will

dismiss the action without prejudice. Mr. Barron is reminded that the fact that the

instant action currently is timely under 28 U.S.C. § 2244(d) does not mean that any

future action filed by Mr. Barron will be timely. Accordingly, it is

ORDERED that Application is denied and the action is dismissed without

prejudice in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 1st day of December, 2010.

BY THE COURT:

_Zita Leeson Weinshienk_

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 10-cv-02134-BNB

Lavone B. Barron
a/k/a Lavern B. Barron
Prisoner No.  64792
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

John J. Fuerst III
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to
the above-named individuals on   12/2/10


GREGORY C. LANGHAM, CLERK


By:_____
           Deputy Clerk